C. Brooks Cutter, SBN 121407
Margot P. Cutter, SBN 306789
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
Facsimile:  (916) 588-9330
*bcutter@cutterlaw.com*
*mcutter@cutterlaw.com*

Catherine M. Corfee, SBN 155064
**CORFEE STONE & ASSOCIATES**
6503 Grant Avenue
Carmichael, CA 85608
Telephone:  (916) 487-5441
*catherine@corfeestone.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HOWARD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT ALEXANDER TROXEL, M.D.; THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; KAISER PERMANENTE SOUTH SACRAMENTO MEDICAL CENTER; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17- CV-00725-TLN-GGH<br><br>**STIPULATION TO ARBITRATE AND STAY ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the issues which are the subject matter of this action be submitted to binding arbitration pursuant to the terms of the arbitration provision contained in the KAISER PERMANENTE BASIC PLAN- EVIDENCE OF COVERAGE (Exhibit A of Defendants' Motion to Compel Arbitration), under which agreement, plaintiff RODNEY HOWARD, received his medical care and treatment.

IT IS FURTHER STIPULATED that this action shall be arbitrated according to the laws of the State of California and the aforementioned arbitration provisions.

IT IS FURTHER STIPULATED that case No. 2:17- CV-00725-TLN-GGH be stayed.

Dated: May 18, 2017                    CUTTER LAW P.C.


By:   */S/ C. Brooks Cutter*
     C. Brooks Cutter
     Margot P. Cutter
     *Attorneys for Plaintiff*


Dated: May 18, 2017                    MARION'S INN LLP


By:   */S/ Yvonne M. Pierrou*
     Yvonne M. Pierrou
     *Attorneys for Defendants*

## **ORDER**

IT IS HEREBY ORDERED that the above-entitled court action be stayed.

Dated: May 18, 2017

_____
Troy L. Nunley
United States District Judge

-2-
STIPULATION TO ARBITRATE AND STAY ACTION