IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HOWARD | CASE: **2:17−CV−00725−TLN−AC** |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, INC. , ET AL. | ORDER OF REASSIGNMENT |

_____ /

The court, having considered the retirement of **Magistrate Judge Gregory G. Hollows ,** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Gregory G. Hollows** to **Magistrate Judge Allison Claire** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **2:17−CV−00725−TLN−AC**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:  December 14, 2018

_____
**LAWRENCE J. O'NEILL**, CHIEF
U.S. DISTRICT COURT JUDGE